|   |   |
|---|---|
| 1 | Jennifer L. Braster |
| 2 | Nevada Bar No. 9982 |
|   | Andrew J. Sharples |
| 3 | Nevada Bar No. 12866 |
|   | NAYLOR & BRASTER |
| 4 | 1050 Indigo Drive, Suite 200 |
|   | Las Vegas, NV  89145 |
| 5 | (T) (702) 420-7000 |
|   | (F) (702) 420-7001 |
| 6 | jbraster@nblawnv.com |
|   | asharples@nblawnv.com |

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| ELIZABETH A. COLLINS, an individual, | Case No. 2:20-cv-00905-GMN-BNW |
|---|---|
| Plaintiff, | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |
| v. |  |
| SYNCHRONY BANK, a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company, | **(FIRST REQUEST)** |
|  | Complaint filed: May 20, 2020 |
| Defendants. |  |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Elizabeth A. Collins ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed her Complaint on May 20, 2020. (ECF No. 1). The current deadline for Experian to respond to the Complaint is June 19, 2020. Plaintiff and Experian stipulate and agree that Experian shall have until July 20, 2020 to file its responsive pleading.

1   This is Experian's first request for an extension of time to respond to the Complaint and is
2   not intended to cause any delay or prejudice any party, but due to Experian's counsel recently
3   being retained and to provide an opportunity to review the allegations in the Complaint.

**IT IS SO STIPULATED.**

6   DATED this 18th day of June 2020.    NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster (NBN 9982)
Andrew J. Sharples (NBN 12866)
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

13   DATED this 18th day of June 2020.    LAW OFFICE OF KEVIN L. HERNANDEZ

By: */s/ Kevin L. Hernandez*
Kevin L. Hernandez (NBN 12594)
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123

*Attorneys for Plaintiff Elizabeth A. Collins*

IT IS SO ORDERED

DATED:  10:54 am, June 22, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

2 of 2